UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WADE WARNER,

        Plaintiff,

v.

DENNIS DELANO,

        Defendant.

Case No. 21-cv-05666-HSG

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 13

Plaintiff Wade Warner filed this action on July 23, 2021, against Defendant Dennis Delano, for violations of the Americans with Disabilities Act and the California Unruh Civil Rights Act. *See* Dkt. No. 1. On September 10, 2021, Defendant filed a motion to dismiss. Dkt. No. 13. Plaintiff's opposition to the motion was due September 24, 2021, but as of the date of this order, Plaintiff has not filed a response. If Plaintiff did not oppose the motion, Plaintiff should have filed a statement of nonopposition, as required under Civil L.R. 7-3(b). The Court accordingly **DIRECTS** Plaintiff **TO SHOW CAUSE** why the motion should not be granted for failure to oppose by the September 24 deadline. Plaintiff is directed to file his response to this order to show cause, of two pages or less, by October 4, 2021.

**IT IS SO ORDERED.**

Dated: 9/29/2021

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge