UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE WARNER,<br><br>        Plaintiff,<br><br>    v.<br><br>DENNIS DELANO,<br><br>        Defendant. | Case No. 21-cv-05666-HSG<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. Nos. 13, 14 |

Defendant Dennis Delano filed a motion to dismiss on September 10, 2021. Dkt. No. 13. Because Plaintiff Wade Warner did not file a response, the Court issued an Order to Show Cause. Dkt. No. 14. Plaintiff explained that he was not served the motion and did not know he was required to respond. Dkt. No. 15. In light of Plaintiff's response, the Court **DISCHARGES** the Order to Show Cause. Dkt. No. 14. The Court further **DIRECTS** Plaintiff to file his opposition to the motion to dismiss by October 15, 2021. Dkt. No. 13. Defendant may file his reply by October 22, 2021. Once the briefing is complete, the Court will determine whether a hearing is necessary. Defendant is encouraged to seek assistance at the Legal Help Center, which provides free information and limited-scope legal assistance to pro se litigants. More information about the Legal Help Center is provided at http://www.cand.uscourts.gov/legal-help. Appointments may be scheduled either over the phone at (415) 782-8982 or by email at federalprobonoproject@sfbar.org.

**IT IS SO ORDERED.**

Dated: 10/1/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge