UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE WARNER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DENNIS DELANO,<br><br>　　　　　Defendant. | Case No. 21-cv-05666-HSG<br><br>**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

Plaintiff Wade Warner filed this action on July 23, 2021, against Defendant Dennis Delano, for violations of the Americans with Disabilities Act and the California Unruh Civil Rights Act. *See* Dkt. No. 1. The Court dismissed Plaintiff's claims, and on December 1, 2021, Plaintiff filed an amended complaint. Dkt. No. 23. Plaintiff filed a motion for default judgment, Dkt. No. 33, but the Court found that Plaintiff had not properly served Defendant and denied the motion, Dkt. No. 38. Plaintiff has since filed an amended proof of service, Dkt. No. 39, and Defendant filed a response to the amended complaint, Dkt. No. 40.

The Court therefore **SETS** a telephonic case management conference on April 25, 2023, at 2:00 p.m. to discuss how to move this case forward efficiently. The Court further **DIRECTS** the parties to submit individual case management statements by April 18, 2023. The parties shall use the following dial-in information to access the call:

**Dial-In:** 888-808-6929;

**Passcode:** 6064255

All attorneys and pro se litigants appearing for a telephonic case management conference are required to dial in at least 15 minutes before the hearing to check in with the courtroom deputy. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all

1  possible, parties shall use landlines.

2  　　　　The Court understands from Defendant's response that he is still not represented by
3  counsel.  *See* Dkt. No. 40.  The Court again notes the availability of its Legal Help Center, which
4  provides free information and limited-scope legal assistance to pro se litigants.  More information
5  about the Legal Help Center is provided at http://www.cand.uscourts.gov/legal-help.  Telephone
6  appointments may be scheduled either over the phone at (415) 782-8982 or by email at
7  federalprobonoproject@sfbar.org.

8  　　　　**IT IS SO ORDERED.**

9  Dated:   3/20/2023

10  　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
11  　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

United States District Court
Northern District of California