UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WADE WARNER,

    Plaintiff,

v.

DENNIS DELANO,

    Defendant.

Case No. 21-cv-05666-HSG

**ORDER DIRECTING PLAINTIFF TO FILE CASE MANAGEMENT STATEMENT**

The Court's order setting the April 25, 2023, telephonic case management conference directed the parties to submit individual statements by April 18, 2023. Dkt. No. 41. As of the date of this order, Plaintiff has failed to do so. The Court therefore **DIRECTS** Plaintiff to file a joint case management statement by 5:00 p.m. today, April 24, 2023.

**IT IS SO ORDERED.**

Dated: 4/24/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge